**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00801-CV

### JAY SANDON COOPER, Appellant

### V.

### JUDGE PAUL MCNULTY, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01611-2015**

## ORDER

Because it appears from a review of Collin County's online records that the trial court has dismissed the underlying action, we **ORDER** Collin County District Clerk Andrea Stroh Thompson to file, no later than October 19, 2015, a supplemental clerk's record containing a copy of the August 17, 2015 order of dismissal.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Thompson and all parties.

/s/    CRAIG STODDART
JUSTICE